# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID L. WILLIAMS

NO. 2026 KW 0128

**APRIL 8, 2026**

---

In Re:    David L. Williams, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          6-13-0241.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT GRANTED.** The district court is ordered to act on relator's petition to quash, filed on September 8, 2025, within a reasonable amount of time.

                       **MRT**
                       **KEB**
                       **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.